IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>        Petitioner,<br><br>  vs.<br><br>JOHN MARSHALL, Warden,<br><br>        Respondent. | No. C 10-01146 EJD (PR)<br><br>ORDER OF DISMISSAL |

Petitioner, a state prisoner incarcerated at the California's Men's Colony in San Luis Obispo, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his state conviction. On June 10, 2010, the Court dismissed the petition with leave to amend. (See Docket No. 6.) Petitioner was directed to submit an amended petition within thirty days from the date of the order or face dismissal of the action without prejudice and without further notice to petitioner. (Id.) Since then, Petitioner has been granted six extensions of time to file an amended petition, with the last extension of time setting a deadline of April 6, 2011. (See Docket No. 23.) The deadline has since passed, and Petitioner has failed to file an amended petition or another request for an extension of time to do so. Accordingly, this action is DISMISSED without prejudice.

The Clerk shall terminate any pending motions and close the file.

DATED: May 6, 2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.EJD\HC.10\Walker01146_dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E WALKER,

        Petitioner,

  v.

JOHN MARSHALL, Warden,

        Respondent.

Case Number: CV10-01146 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/6/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey E. Walker F-11343
San Quentin State Prison
San Quentin, CA 94974

Dated: 5/6/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk